[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**
SEP 24 2020 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

WENDELL HUDSON )
Plaintiff )
)
v. )   1:20-cv-5663
)   Judge: Joan H. Lefkow
Rilwan Martins, an al,. )   Magistrate Judge: Maria Valdez
Defendant )

United States District Court
Northern District of Illinois

**COMPLAINT**

On January 16, 2020 i was standing outside of Masjid AL-Farooq where i have worshiped for many years, when i was arrested by Chicago Police without probable cause. At the time of arrest there were no laws bing violated by me or before the arrest.

The police even had Stony Island Ave blocked in both directions along with helicopters. I was told to lay on the ground (i did not), and later arrested after Mr. Rilwan Martins, executive director of Masjid AL-Farooq, filed a complaint against me having me arrested eventhough i had did nothing to him or anyone at the Masjid, and never would... Mr. Martins never appeared in court two times on his complaint that charged assault to him, and also terrorism when he told police; That i was going to blow up the Masjid; Kill Muslams; that i ran my car into the Masjid doors entering the Masjid; Burn up the Building, where i live. Not one word of this is ture... All dismissed.

Mr. Rilwan Martins, and the Chicago Police Department are, in violation of my Constitutional Rights, and have Defamed me and my Family with malice, and intent. See copy of complaint attached by Mr. Martins.

See Next Page

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Also i believe the Chicago Police Department is retaliating against me because of a earlier Civil Claim that i wone against this department in 2018, where the Chicago Police illegally arrested me in 1992, and then manufactured a case sending me to prison twice for the same case 3 + 3 years. See Case No. 18-CV-3173 Judge Andrea R. Wood. Also this case App.No. 1-17-1452 still pending.

Because of these malicious and Fails Charges Filed against me on 1-16-2020 and my Family i am embarrassed an ashamed to go to any Masjid because i'm known as a terroris in the World because of Mr. Martins, and Chicago Police.

I am seeking damages in access of Three Million Dollars., For Slander, Defamation of Character with Intent and Malice, causing Irreversible Damage To Me, and My Family's name along with my Religion of over 40 years Islam. And Fails imprisonment, and illegal arrest.



EX: 1

(This form replaces CCCR 0657 and CCMD 0224)
* USE ONLY FOR CLASS "C" MISDEMEANORS/ORDINANCE VIOLATIONS

(Rev. 1/17/01) CCCR 0224

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name: HUDSON, Wendell    Alias: _____

Residence: 7233 S Kimbark Ave Apt A    City/Town: Chicago, IL    State: IL    Zip: 60619

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | Arrestee had been using Alcohol/Drugs |
|---|---|---|---|---|---|---|---|---|
| M | 1 | 180 | 5'9 | 07MAY52 | 69 | Dark | Medium | ☐ Yes ☒ No |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CPD DEPARTMENT / 004 DISTRICT

Rilwan Martins
Plaintiff

v.

Wendell Hudson
Defendant

No. _____

Rilwan Martins (Complainant's Name Printed or Typed) complainant, now appears before The Circuit Court of Cook County and states that Wendell Hudson (defendant) has, on or about 16-JAN 20 (date) 8950 S. Stony Island Chicago, IL 60619 Cook (place of offense) committed the offense of Assault (offense) in that he/she without lawful authority, knowingly threatn blow up the building managed by Rilwan Martins thereby placing Rilwan Martins in reasonable apprehension of receiving a battery.

in violation of 720 ILCS 5.0 / 12-1-A . OR _____ (Ordinance Citation)

STATE OF ILLINOIS } ss.
COOK COUNTY

X Rilwan M_____ (Complainant's Signature)

AOIC CODE: 0 9 2 0 0 0 0

FILED JAN 24 2020

8950 S Stony Island (Complainant's Address)  Chicago, IL 60619 (City/State/Zip)

X 773-551-8229 (Complainant's Telephone)

X Rilwan Martins (Complainant's Name Printed or Typed)

being first duly sworn, he complaint by him/her subscribed and that the same is true. on oath, deposes and says that he/she read the foregoing

X Rilwan M_____ (Complainant's Signature)

Subscribed and sworn to before me on this 16 day of January, 2020

Dorty Brown / DOMINGUEZ, F #18013 (Judge or Clerk)

I have examined the above complaint and the person presenting same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge _____
or                                    Judge's No.
Warrant Issued, Bail set at: _____
or
Bail set at _____ Judge _____ Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS